UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
L.G., a minor, by and through his parents
and next friends, DROR GERGES,
individually, father of L.G., a minor;
and SIVAN GERGES, individually, mother
of L.G., a minor,

ORDER
CV06-5864

-V-

MOGEN CIRCUMCISION INSTRUMENTS,
LTD.
------------------------------------------------X

**JACK B. WEINSTEIN, Senior United States District Judge:**

The recommendation of the magistrate judge that the Court award plaintiffs Dror and Sivan Gerges $777,070.96 in damages and plaintiff L.G. $10 million in damages is approved. The Clerk of the Court shall enter judgment without costs or disbursements.

JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 7/15/10

